# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 83 WM 2021

Respondent   :

v.   :

JOHN MINCH,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.